# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

Eli Hunter, Arturo Espino, Arsenio Epps, Travis L. Crane )
*Plaintiff* )
v. ) Civil Action No. 09-2909, 09-2913, 09-2914, 09-2758
Newberry County Jail )
*Defendant* )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Accordingly, these four cases are dismissed without prejudice. The Clerk of Court shall close the files.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge R. Bryan Harwell on ~~a motion for~~

Date: 11/23/2009

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*